HODGKINSON *v.* THE LONG ISLAND RAIL ROAD COM-
PANY.(*a.*)

Preliminary injunction refused to stop a Rail Road Company from complet-
ing a tunnel through a city authorized by the civil authorities of the place
—on an allegation of nuisance by an owner of adjoining property on the
same line.

MOTION on the filing of a bill for an injunction to restrain
the Long Island Rail Road Company from constructing a
tunnel through Atlantic street in the city of Brooklyn ; and
from running cars there when completed. The bill was
filed by a party owning property on Atlantic street; and
was founded on the idea of nuisance, and prayed a perpet-
ual injunction. Affidavits were annexed to it. These and
the bill disclosed the fact that the tunnel had progressed
before the bill was filed ; while, by the affidavits read in op-
position to the motion, it appeared that it was almost com-
pleted.

The Common Council of Brooklyn had consented to the
making of the tunnel.

*May* 20,
1844.

*Injunction.
Nuisance.*

Mr. *A. Mann, Jr.*, and Mr. *William Silliman,* in support
of the motion.

Mr. *Clarke,* contra.

THE VICE-CHANCELLOR :—Held, that the court of chan-
cery had not jurisdiction to restrain the construction of this
great work or the use of it, when completed. That it was
a matter of municipal regulation and the corporation of
Brooklyn having granted to the defendants the privilege of
constructing the tunnel for the purposes of their road, this
court would not inquire whether the municipal authorities

(*a*) Affirmed by the Chancellor on appeal, 6th April, 1847.

of Brooklyn, in making such a grant, had exceeded their powers or not. It was a matter triable at law and the parties aggrieved must be left to their legal remedy.

Motion denied, with costs.